**No. 10-8917. Jorge Quinonez, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 941, 131 S. Ct. 2144, 179 L. Ed. 2d 901, 2011 U.S. LEXIS 3040.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8919. Willie James McCoo, Jr., Petitioner v. Washington.**

563 U.S. 941, 131 S. Ct. 2103, 179 L. Ed. 2d 901, 2011 U.S. LEXIS 3127.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 154 Wash. App. 1041.

**No. 10-8922. Rasheed Nifas, Petitioner v. John E. Wetzel, Acting Secretary, Pennsylvania Department of Corrections, et al.**

563 U.S. 941, 131 S. Ct. 2103, 179 L. Ed. 2d 901, 2011 U.S. LEXIS 2999,

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 374 Fed. Appx. 241.

**No. 10-8923. Dennis B. McGuire, Petitioner v. Ohio, et al.**

563 U.S. 942, 131 S. Ct. 2103, 179 L. Ed. 2d 901, 2011 U.S. LEXIS 3126.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 619 F.3d 623.

**No. 10-8925. Donald Jones, Petitioner v. James Walker, Warden.**

563 U.S. 942, 131 S. Ct. 2103, 179 L. Ed. 2d 901, 2011 U.S. LEXIS 3022.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8927. Juan Calderon, Petitioner v. Florida, et al.**

563 U.S. 942, 131 S. Ct. 2104, 179 L. Ed. 2d 901, 2011 U.S. LEXIS 3054.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 897.

**No. 10-8931. Joseph Price, Petitioner v. Guy D. Pierce, Warden.**

563 U.S. 942, 131 S. Ct. 2104, 179 L. Ed. 2d 901, 2011 U.S. LEXIS 3006.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 617 F.3d 947.